THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* JAMES BROWN, Defendant.

County Court, Schenectady County, May 16, 1934.

*Hannibal Pardi, Assistant District Attorney,* for the plaintiff.

*Harold E. Blodgett,* for the defendant.

LIDDLE, J.   The defendant has been convicted for violation of section 982 of the Penal Law for having in his possession a machine commonly known as a slot machine.

This section applies to possession of slot machines, and makes it a misdemeanor to keep or maintain any machine into which may be inserted a piece of money or other object, and from which as a result may be issued, " Any piece or pieces of money or any check or memorandum calling for any money." The evidence shows that Officer Brown inserted five nickels in the machine, pulled the lever and there issued from the machine fourteen tokens; that he thereafter inserted four of these tokens in the machine and the ten tokens he handed to the defendant behind the bar and received fifty cents. These facts are clearly distinguishable from the facts as set forth in the opinion in *People* v. *Jennings* (257 N. Y. 196). However, where there is proof that tokens were inserted in the machine and tokens issued therefrom and they are changeable or may be exchanged for money or other memoranda calling for money, the possession of such machine is clearly a violation of section 982 of the Penal Law. (See *People* v. *Kopper,* 253 N. Y. 83.)

Judgment of conviction is affirmed.